IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN VICENTE,

       Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4255

Opinion filed March 11, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

John Vicente, pro se, Petitioner.

Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.